U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

NOV 0 4 2008

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation, | **DEFAULT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Case No.: 3:08-cv-00697-TMJ-DEP |

Plaintiffs,

vs.

STEPHANIE MICHELLE DEWOLF,

Defendant.

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the nine sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Seven Hundred Fifty Dollars ($6,750.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Encore," on album "Encore (single)," by artist "Eminem" (SR# 362-156);
- "Crazy in Love," on album "Dangerously in Love," by artist "Beyonce" (SR# 342-236);
- "Rumors," on album "Speak," by artist "Lindsay Lohan" (SR# 364-855);
- "Overprotected," on album "Britney," by artist "Britney Spears" (SR# 301-907);
- "Candy Shop," on album "The Massacre," by artist "50 Cent" (SR# 366-051);
- "When I Think About Leaving," on album "When The Sun Goes Down," by artist "Kenny Chesney" (SR# 341-104);
- "Magic Stick," on album "Bella Mafia," by artist "Lil Kim" (SR# 351-071);
- "Pump It," on album "Monkey Business," by artist "Black Eyed Peas" (SR# 378-166);
- "Graduation (Friends Forever)," on album "Vitamin C," by artist "Vitamin C" (SR# 278-227);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: 11/3/08                By: _____
                                  Hon. Thomas J. McAvoy
                                  United States District Judge

3